# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:22-cv-00349-SOM-KJM |
| CASE NAME: | Securities and Exchange Commission v. Semisub, Inc., et al. |
| ATTY FOR PLA: | Patrick R. Costello |
| ATTY FOR DEFT: | Carline Elliot<br>Jody Lynn Broaddus |
| REPRESENTATION FOR DEFT: | Curtiss Edward Jackson, Pro Se |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 10/24/2022 | TIME: | 10:05 - 10:15 |

COURT ACTION: EP:   [52] SECOND MOTION TO WITHDRAW AS COUNSEL hearing held.

Curtiss Edward Jackson is present in the Courtroom.

Mr. Harlan Kimura specially appearing as counsel for defendant Curtiss Edward Jackson, (Mr. Kimura is counsel for the Defendant in 1:22-cr-00093-JMS).

For good cause shown, the Court GRANTS Ms. Broaddus and Ms. Elliot's Second Motion to Withdraw as Counsel for Defendants SemiSub, Inc. ("SemiSub") and Curtiss Edward Jackson ("Mr. Jackson").

SemiSub and Mr. Jackson are responsible for complying with all Court orders and time limitations established by any applicable rules.  The Court will enter SemiSub and Mr. Jackson's contact information, as set forth in the Motion, into the Court docket for purposes of service:

Curtiss Edward Jackson
4999 Kahala Ave.
Suite 150
Honolulu, HI 96816

(808) 519-2549

SemiSub is a corporation, and it cannot appear without counsel admitted to practice in this district.  See LR81.1(b), 83.5(b).  The Court advises SemiSub that counsel licensed in the district must promptly make an appearance on SemiSub's behalf, or SemiSub may be sanctioned.  Possible sanctions include, but are not limited to, entry of default and entry of default judgment.  SemiSub is not permitted to appear pro se, and any filings SemiSub makes on its own may be stricken from the record.

*Submitted by: Bernie Aurio, Courtroom Manager*