HARLAN Y. KIMURA  #3321-0
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813
Phone: (808) 521-4134
Fax: (808) 521-0361
Email:  hyk@harlankimuralaw.com

Specially Appearing Attorney for
Defendant CURTISS EDWARD JACKSON

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Securities and Exchange Commission,<br><br>    Plaintiff,<br><br>    vs.<br><br>Semisub, Inc., Curtiss Edward Jackson, and Jamey Denise Jackson,<br><br>    Defendants. | CV 22-00349-SOM-KJM<br><br>**MOTION FOR STAY OF PROCEEDINGS AGAINST DEFENDANTS SEMISUB, INC. AND CURTISS EDWARD JACKSON; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE** |

**MOTION FOR STAY OF PROCEEDINGS AGAINST
DEFENDANTS SEMISUB, INC. AND CURTISS EDWARD JACKSON**

COMES NOW Defendant CURTISS EDWARD JACKSON ("C Jackson") and hereby requests a stay of these proceeding against him and Defendant SEMISUB, INC. ("Semisub") until the conclusion of the pending criminal matter entitled *United States of America vs. Curtiss E. Jackson and Jamey Denise Jackson;* Cr. No. 22-00093 JMS ("Criminal Case").  Virtually all the facts,

defenses, and legal arguments to be made in the Criminal Case, apply equally to this civil proceeding. Therefore, to protect C. Jackson's constitutional rights, including but not limited to, his Fifth Amendment Privilege Against Self-Incrimination, and for judicial economy, the Criminal Case should be adjudicated first.

This Motion is made pursuant to Rule 7(b) of the *Federal Rules of Civil Procedure,* and supported by the Memorandum of Law In Support Of Motion and Declaration of Counsel, both attached hereto and made parts hereof, the records and files herein, and the arguments of Counsel at the hearing thereon.

Dated at Honolulu, Hawaii November 1, 2022.

                                              __/s/ Harlan Y. Kimura_____
                                              Harlan Y. Kimura
                                              Specially Appearing Attorney for Defendant
                                              CURTISS EDWARD JACKSON