

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

May 2, 2023

## BY OVERNIGHT DELIVERY

The Honorable Susan Oki Mollway
c/o Theresa Lam, Courtroom Manager
United States District Court for the District of Hawaii
300 Ala Moana Blvd. C-338
Honolulu, HI 96850

    Re:   *Securities and Exchange Commission v. Semisub, Inc., et al.*
           Civil No. 22-00349 (SOM-KJM)

Dear Judge Mollway:

    Pursuant to the Court's Entering Order of November 2, 2022 (Dkt. 68), Plaintiff Securities and Exchange Commission respectfully submits this letter regarding the status of the related criminal proceeding styled as *U.S. v. Curtiss E. Jackson and Jamey Denise Jackson*, D. Haw. Crim No. 22-00093 (JMS).

    It is our understanding that a trial date in the criminal proceeding has been set for October 19, 2023. Defendant Curtiss Jackson has entered a plea of not guilty and presently remains in federal custody.

    Defendant Jamey Denise Jackson has entered a guilty plea on Count 2 of the criminal indictment, and a memorandum of plea agreement was filed. Sentencing is scheduled for November 30, 2023.

    Please let us know if you have any questions. You may reach me at (202) 551-3982 or costellop@sec.gov.

                                                    Sincerely,

                                                   Patrick R. Costello

cc:    Semisub, Inc.
4999 Kahala Ave., # 150
Honolulu, HI 96816


Curtiss Edward Jackson (Inmate Register No. 12670-122)
FDC Honolulu
Federal Detention Center
P.O. Box 30080
Honolulu, HI 96820


Jamey Denise Jackson
7 Kennedy Drive
Colchester, CT 06415


Matthew Reilly
U.S. Department of Justice
via Electronic Mail (Matthew.Reilly2@usdoj.gov)